**DISMISS and Opinion Filed September 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00861-CR**

**JOHN JACKSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F21-54009-X**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Myers, and Justice Pedersen, III
Opinion by Chief Justice Burns

John Jackson filed a notice of appeal on August 29, 2022, stating he wished to appeal the trial court's August 2, 2022 order modifying the terms and conditions of his probation.

Orders modifying conditions of community supervision are not appealable orders. *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *see Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) (legislature has authorized appeal in two instances: from order granting probation and from order revoking probation; there is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision). Without an appealable

order, this Court has no jurisdiction to entertain this appeal. *Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008); *Nikrasch v. State*, 698 S.W.2d 443, 450 (Tex. App.—Dallas 1985, no pet.).

We dismiss this appeal for want of jurisdiction.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
220861F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JOHN JACKSON, Appellant

No. 05-22-00861-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6, Dallas County, Texas Trial Court Cause No. F21-54009-X. Opinion delivered by Chief Justice Burns. Justices Myers and Pedersen, III participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered September 1, 2022